Shawn J. Lau, Esquire
Lau & Associates, P.C.
Attorney for Debtors
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 phone
610-370-0700 fax
shawn_lau@msn.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>WALLACE A. MORAN, III<br>JENNIFER A. MORAN<br>      Debtors | CHAPTER 13<br><br>CASE NO. 19-13586 |
|---|---|

## CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtor does hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to the Debtors' Motion to Extend the automatic stay pursuant to §362 of the United States Bankruptcy Code, subsection (c)(3)(B) which was served upon all parties in interest on June 3, 2019.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Motion to Extend the automatic stay pursuant to §362 of the United States Bankruptcy Code, subsection (c)(3)(B).

Dated: June 18, 2019                                    LAU & ASSOCIATES, P.C.
                                                                      By: */s/ Shawn J. Lau*
                                                                      Shawn J. Lau, Esquire
                                                                      Lau & Associates P.C.
                                                                      4228 St. Lawrence Ave.
                                                                      Reading, PA 19606
                                                                      (610) 370 – 2000 Phone