# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jennifer A. Moran CHAPTER 13
 Wallace A. Moran III

 BKY. NO. 19-13586 ELF

 Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Cenlar FSB as servicer for CMG Mortgage, Inc. and index same on the master mailing list.

 Respectfully submitted,
 **/s/ Kevin G. McDonald, Esq.**
 Kevin G. McDonald, Esquire
 KML Law Group, P.C.
 701 Market Street, Suite 5000
 Philadelphia, PA 19106-1532
 (215) 627-1322