United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Wallace A. Moran, III
Jennifer A. Moran
    Debtors

Case No. 19-13586-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: TashaD     Page 1 of 1     Date Rcvd: Jun 28, 2019
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
db/jdb       Wallace A. Moran, III,    Jennifer A. Moran,    707 Bear Blvd,    Reading, PA   19606-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:
         KEVIN G. MCDONALD    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
         SHAWN J. LAU    on behalf of Debtor Wallace A. Moran, III shawn_lau@msn.com,
          g61705@notify.cincompass.com
         SHAWN J. LAU    on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com,
          g61705@notify.cincompass.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | WALLACE A. MORAN III | : | Chapter 13 |
| | JENNIFER A. MORAN, | : | |
| | | : | |
| | Debtors | : | Bky. No. 19-13586 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: **June 28, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**