```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                              Case No. 19-13586-elf
Wallace A. Moran, III                                               Chapter 13
Jennifer A. Moran
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0313-4            User: SaraR                 Page 1 of 2                   Date Rcvd: Dec 09, 2019
                                Form ID: 152                Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db/jdb         Wallace A. Moran, III,    Jennifer A. Moran,    707 Bear Blvd,   Reading, PA  19606-1103
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
14336150       Berks County Court of Common Pleas,    633 Court St,    Reading, PA  19601-4302
14336155       CMG Mortgage, Inc.,    425 Phillips Blvd,    Trenton, NJ  08618-1430
14371784      +CMG Mortgage, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd.,   Ewing, NJ 08618-1430
14361564       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14371392      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14336162       KML Law Group, P.C.,    BNY Mellon Indepence Center,    701 Market St Ste 5000,
                Philadelphia, PA  19106-1541
14336164      +Police and Fire Credit Union,    901 Arch St,    Philadelphia, PA 19107-2495
14359123      +Police and Fire Federal Credit Union,    3333 Street Road,    Bensalem, PA 19020-2022
14336165       Reading Hospital Tower Health,    420 S 5th Ave,    West Reading, PA  19611-2143
14336167       Sears/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
14336170       TD Bank USA/ Target Credi,    NCD-0450,    PO Box 1470,    Minneapolis, MN  55440-1470
14336171       TD Bank USA/ TargetCredit,    PO Box 673,    Minneapolis, MN  55440-0673
14354852       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI 53708-8973
14336172      +US Dept of Education,    PO Box 7860,    Madison, WI 53707-7860
14358034      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2019 03:37:31
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2019 03:37:59     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14336148      +E-mail/Text: bk@afsacceptance.com Dec 10 2019 03:37:58      AFS Acceptance,
                101 NE 3rd Ave Fl 20,    Fort Lauderdale, FL 33301-1610
14355492      +E-mail/Text: bk@afsacceptance.com Dec 10 2019 03:37:58      AFS Acceptance, LLC,
                1475 W Cypress Creek Rd #300,    Fort Lauderdale, FL 33309-1931
14336147       E-mail/Text: bankruptcy@rentacenter.com Dec 10 2019 03:38:23      Acceptance Now,
                5501 Headquarters Dr,    Plano, TX  75024-5837
14336149       E-mail/Text: rperez@arcadiarecovery.com Dec 10 2019 03:37:51      Arcadia Recovery Bureau,
                645 Penn St,    Reading, PA  19601-3543
14336151       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 10 2019 03:44:47
                Capital One Bank USA NA,    PO Box 85015,    Richmond, VA  23285-5015
14351686      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2019 03:44:55
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14336152       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 10 2019 03:45:54
                Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT  84130-0281
14336153       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 10 2019 03:44:44      Capital One/Boscovs,
                PO Box 5253,    Carol Stream, IL  60197-5253
14336154       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 10 2019 03:45:56      Capital One/Justice,
                PO Box 30253,    Salt Lake City, UT  84130-0253
14337530      +E-mail/Text: bankruptcy@cavps.com Dec 10 2019 03:37:55      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14336156       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2019 03:37:20
                Comenity Bank/ Victoria’s Secret,    PO Box 182789,    Columbus, OH  43218-2789
14336157       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2019 03:37:20      Comenity Bank/VCTRSSEC,
                PO Box 182789,    Columbus, OH  43218-2789
14336158       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2019 03:37:21      Comenity Capital Bank/Bosc,
                PO Box 182120,    Columbus, OH  43218-2120
14336160       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2019 03:37:21      Comenity Zales Outlet,
                PO Box 659450,    San Antonio, TX  78265-9450
14336159       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2019 03:37:21      Comenity Zales Outlet,
                PO Box 659819,    San Antonio, TX  78265-9119
14336161       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2019 03:37:21      ComenityCapitalBank/Bosc,
                PO Box 182120,    Columbus, OH  43218-2120
14336163       E-mail/Text: bncnotices@becket-lee.com Dec 10 2019 03:37:12      Kohls/CapOne,    PO Box 3115,
                Milwaukee, WI  53201-3115
14364712      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2019 03:37:45      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14371697       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:44:46
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14367977       E-mail/Text: bnc-quantum@quantum3group.com Dec 10 2019 03:37:24
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2                    Date Rcvd: Dec 09, 2019
                              Form ID: 152             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14339975         E-mail/Text: bnc-quantum@quantum3group.com Dec 10 2019 03:37:24
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14336166        +E-mail/Text: colleen.atkinson@rmscollect.com Dec 10 2019 03:38:23
                 Receivables Management Systems,   7206 Hull St Ste 211,   Richmond, VA 23235-5826
14336168         E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:44:45      SYNCB/Lowes,   4125 Windward Plz,
                 Alpharetta, GA  30005-8738
14336169         E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:45:55      SYNCB/WalMart,
                 4125 Windward Plz,   Alpharetta, GA  30005-8738
14336870        +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:44:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14372125        +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:44:45      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14336173         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 10 2019 03:36:36
                 Verizon,   500 Technology Dr,   Weldon Spring, MO  63304-2225
                                                                                              TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor   CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SHAWN J. LAU    on behalf of Debtor Wallace A. Moran, III shawn_lau@msn.com,
               g61705@notify.cincompass.com
              SHAWN J. LAU    on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Wallace A. Moran, III and Jennifer A. Moran

    Debtor(s)

Case No: 19−13586−elf

Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 1/23/20 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601


    For The Court

    Timothy B. McGrath
    Clerk of Court

23
Form 152