UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    WALLACE A. MORAN, III<br>    JENNIFER A. MORAN<br><br>                  Debtors | Chapter 13<br>Bankruptcy No.19-13586-ELF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 27th day of December, 2019, by first class mail upon those listed below:

WALLACE A. MORAN, III
JENNIFER A. MORAN
707 BEAR BLVD
READING, PA  19606-1103

**Electronically via CM/ECF System Only:**

SHAWN J LAU ESQ
LAU & ASSOCIATES PC
4228 ST LAWRENCE AVE
READING, PA  19606

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee