| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Wallace A. Moran, III** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Jennifer A. Moran** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION |
| Case number (if known) | **4:19-bk-13586** |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Wallace A. Moran, III**                          X **/s/ Jennifer A. Moran**
**Wallace A. Moran, III**                                      **Jennifer A. Moran**
Signature of Debtor 1                                          Signature of Debtor 2

Date **December 30, 2019**                              Date **December 30, 2019**