# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer A. Moran<br>         Wallace A. Moran III<br>                    Debtor(s)<br><br>CMG Mortgage, Inc., its successors and/or assigns<br>                    Movant<br>          vs.<br><br>Jennifer A. Moran<br>Wallace A. Moran III<br>                    Debtor(s)<br><br>Scott Waterman<br>                    Trustee | CHAPTER 13<br><br><br><br>NO. 19-13586 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of CMG Mortgage, Inc., which was filed with the Court on or about **August 27, 2019, docket number 19**.

                                    Respectfully submitted,

                              By: **/s/ Rebecca A. Solarz, Esquire**
                                  Rebecca A. Solarz, Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322
                                  Attorney for Movant/Applicant

January 22, 2020