Shawn J. Lau, Esquire
Lau & Associates, P.C.
Attorney for Debtors
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 phone
610-370-0700 fax
shawn_lau@msn.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>**WALLACE A. MORAN, III**<br>**JENNIFER A. MORAN**<br>Debtors | **CHAPTER 13**<br><br>**CASE NO. 19-13586** |
|---|---|

**CERTIFICATION OF NO RESPONSE**

    I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtor do hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to Lau & Associates, P.C.'s, Application for Compensation and Reimbursement of Expenses which was served upon all parties in interest on April 30, 2020.

    WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Application for Compensation and Reimbursement of Expenses.

Dated: May 22, 2020

                                                        LAU & ASSOCIATES, P.C.
                                                        By: */s/ Shawn J. Lau*
                                                        Shawn J. Lau, Esquire
                                                        Lau & Associates P.C.
                                                        4228 St. Lawrence Ave.
                                                        Reading, PA 19606
                                                        (610) 370 – 2000 Phone