**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Wallace A. and Jennifer A. Moran,** | : | Chapter 13 |
| Debtors | : | Bky. No. 19-13586 PMM |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 40) filed by the Debtor's counsel, Shawn A. Lau ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $4,230.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $1,400.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B). Expenses are approved in the amount of $310.00.

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** May 26, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**