United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-13586-pmm
Wallace A. Moran, III                                          Chapter 13
Jennifer A. Moran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: TashaD          Page 1 of 1           Date Rcvd: May 26, 2020
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db/jdb          Wallace A. Moran, III,    Jennifer A. Moran,    707 Bear Blvd,    Reading, PA  19606-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          SHAWN J. LAU    on behalf of Debtor Wallace A. Moran, III shawn_lau@msn.com,
           g61705@notify.cincompass.com
          SHAWN J. LAU    on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com,
           g61705@notify.cincompass.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                       TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Wallace A. and Jennifer A. Moran,    :    Chapter 13


Debtors    :    Bky. No. 19-13586 PMM

## O R D E R

AND NOW, upon consideration of the Application for Compensation (doc. no. 40) filed

by the Debtor's counsel, Shawn A. Lau ("the Applicant"), and upon the Applicant's certification

that proper service has been made on all interested parties and upon the Applicant's certification

of no response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is allowed in favor of the Applicant in the amount of $4,230.00.

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation

    less $1,400.00 which was paid by the Debtor prepetition, as an administrative expense

    pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C.

    §330(a)(4)(B). Expenses are approved in the amount of $310.00.

4.  The compensation may be paid to the Applicant in accordance with the terms of the

    confirmed Plan.

**Date:** May 26, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**