| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-13586-PMM

WALLACE A. MORAN, III
JENNIFER A. MORAN
707 BEAR BLVD
READING  PA   19606-1103

Petition Filed Date: 06/03/2019
341 Hearing Date: 08/06/2019
Confirmation Date: 04/30/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $533.25 | | 03/09/2020 | $533.25 | | 03/27/2020 | $520.00 | |
| 03/30/2020 | $520.00 | | 04/30/2020 | $527.00 | | 06/02/2020 | $527.00 | |
| 06/30/2020 | $527.00 | | 08/12/2020 | $527.00 | | 10/05/2020 | $583.00 | |
| 01/15/2021 | $2,641.87 | | 03/10/2021 | $533.25 | | 04/05/2021 | $533.25 | |
| 05/21/2021 | $533.25 | | 06/01/2021 | $533.25 | | | | |

**Total Receipts for the Period: $9,572.37    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $12,107.97**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $2,830.00 | $2,830.00 | $0.00 |
| 1 | CAVALRY INVESTMENTS LLC  »» 001 | Unsecured Creditors | $1,368.63 | $0.00 | $1,368.63 |
| 2 | MOMA FUNDING LLC  »» 002 | Unsecured Creditors | $1,849.29 | $0.00 | $1,849.29 |
| 3 | AMERICAN INFOSOURCE LP  »» 003 | Unsecured Creditors | $918.99 | $0.00 | $918.99 |
| 4 | US DEPARTMENT OF EDUCATION  »» 004 | Unsecured Creditors | $73,631.36 | $0.00 | $73,631.36 |
| 5 | AFS ACCEPTANCE, LLC  »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO DEALER SERVICES  »» 006 | Unsecured Creditors | $5,174.48 | $0.00 | $5,174.48 |
| 7 | POLICE & FIRE FCU  »» 007 | Unsecured Creditors | $11,425.01 | $0.00 | $11,425.01 |
| 8 | BECKET & LEE, LLP  »» 008 | Unsecured Creditors | $596.10 | $0.00 | $596.10 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 009 | Unsecured Creditors | $1,248.02 | $0.00 | $1,248.02 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 010 | Unsecured Creditors | $1,813.19 | $0.00 | $1,813.19 |
| 11 | QUANTUM3 GROUP LLC as agent for  »» 011 | Unsecured Creditors | $540.88 | $0.00 | $540.88 |
| 12 | QUANTUM3 GROUP LLC as agent for  »» 012 | Unsecured Creditors | $436.89 | $0.00 | $436.89 |
| 13 | CITIBANK NA  »» 013 | Unsecured Creditors | $4,031.86 | $0.00 | $4,031.86 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES  »» 014 | Unsecured Creditors | $1,954.20 | $0.00 | $1,954.20 |

| 15 | CENLAR FSB<br>»» 015 | Mortgage Arrears | $25,504.48 | $7,763.16 | $17,741.32 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $2,211.80 | $0.00 | $2,211.80 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $4,389.79 | $0.00 | $4,389.79 |
| 18 | SYNCHRONY BANK<br>»» 018 | Unsecured Creditors | $1,147.93 | $0.00 | $1,147.93 |
| 19 | SYNCHRONY BANK<br>»» 019 | Unsecured Creditors | $2,400.30 | $0.00 | $2,400.30 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,107.97 | Current Monthly Payment: | $533.25 |
| Paid to Claims: | $10,593.16 | Arrearages: | $533.25 |
| Paid to Trustee: | $1,034.88 | Total Plan Base: | $31,838.22 |
| Funds on Hand: | $479.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.