# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re Wallace A. and Jennifer A. Moran,** | Chapter 13 |
| | Case No. 19-13586 (PMM) |
| **Debtors.** | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. # 53, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 55) is **approved**.

*Patricia M. Mayer*

Date:  12/16/21

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE