## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br><br>**WALLACE A. MORAN, III**<br>**JENNIFER A. MORAN**<br>　　　**Debtors** | **CHAPTER 13**<br><br>**CASE NO. 19-13586** |

### ORDER

AND NOW, upon consideration of the Post-Confirmation Application For Compensation And Reimbursement Of Expenses for the Motion to Modify Chapter 13 Plan Post-confirmation Under § 1329 ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,500.00.** This supplemental amount may be paid pursuant to the terms of the confirmed Plan.


Dated: 1/10/22

BY THE COURT:

*Patricia M. Mayer*　　　　　

Honorable Patricia M. Mayer
United States Bankruptcy Judge