# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Wallace and Jennifer Moran, | : | Chapter 13 |
| | : | |
| | : | Case No.  19-13586 (PMM) |
| | : | |
| Debtors. | : | |

## ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Amerihome Mortgage Co. (doc. #70, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #72);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **November 3, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: 10/3/22

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE