United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Wallace A. Moran, III  
Jennifer A. Moran  
    Debtors

Case No. 19-13586-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Oct 03, 2022     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Wallace A. Moran, III, Jennifer A. Moran, 707 Bear Blvd, Reading, PA 19606-1103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CMG Mortgage Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com g61705@notify.cincompass.com |
| SHAWN J. LAU | on behalf of Debtor Wallace A. Moran III shawn_lau@msn.com, g61705@notify.cincompass.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Oct 03, 2022 Form ID: pdf900 Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** Wallace and Jennifer Moran, | : | Chapter 13 |
| | : | |
| | : | Case No.   19-13586 (PMM) |
| | : | |
| **Debtors.** | : | |

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Amerihome Mortgage Co. (doc. #70, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #72);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **GRDERED** that:

1. On or before **November 3, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 10/3/22**

*Patricia M. Mayer*

**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**