United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13586-pmm |
| Wallace A. Moran, III | Chapter 13 |
| Jennifer A. Moran | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Wallace A. Moran, III, Jennifer A. Moran, 707 Bear Blvd, Reading, PA 19606-1103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 09, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CMG Mortgage Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Amerihome Mortgage Company LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com g61705@notify.cincompass.com |
| SHAWN J. LAU | on behalf of Debtor Wallace A. Moran III shawn_lau@msn.com, g61705@notify.cincompass.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 07, 2022 | Form ID: pdf900 | Total Noticed: 1

Scott F Waterman     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jennifer A. Moran<br>Wallace A. Moran III<br>          Debtor(s) | CHAPTER 13 |
| AmeriHome Mortgage Company, LLC<br>          Movant<br>vs. | NO. 19-13586 PMM |
| Jennifer A. Moran<br>Wallace A. Moran III<br>          Debtor(s) | 11 U.S.C. Section 362 |
| Scott Waterman<br>          Trustee | |

### **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$7,023.94,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | February 2022 through September 2022 at $785.11/month |
| Suspense Balance: | ($294.94) |
| Fees & Costs Relating to Motion: | $1,038.00 |
| **Total Post-Petition Arrears** | **$7,023.94** |

2. The Debtor(s) shall cure said arrearages in the following manner;

    a). Beginning on October 2022 and continuing through March 2023, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$785.11** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,170.66 for October 2022 through February 2023 and $1,170.64 for March 2023** towards the arrearages on or before the last day of each month at the address below;

Case 19-13586-pmm    Doc 82    Filed 06/09/22    Entered 06/10/22 08:33:30    Desc Main
Document    Page 2 of 3

Cenlar, FSB
Attn: Payment processing
425 Phillips Blvd
Ewing, NJ 08618

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 23, 2022

By: **/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Attorney for Movant

Date: September 26, 2022

/s/ Shawn J. Lau
Shawn J. Lau, Esquire
Attorney for Debtor(s)

Date: 10/6/2022

_[signature]_
Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this **7th** day of **October**, 2022. However, the court retains discretion regarding entry of any further order.

_[signature: Patricia M. Mayer]_

Bankruptcy Judge
Patricia M. Mayer Esq.