| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-13586-PMM

WALLACE A. MORAN, III  
JENNIFER A. MORAN  
707 BEAR BLVD  
READING  PA   19606-1103

Petition Filed Date: 06/03/2019  
341 Hearing Date: 08/06/2019  
Confirmation Date: 04/30/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $353.49 | | 09/06/2022 | $353.49 | | 10/06/2022 | $353.49 | |
| 12/07/2022 | $353.49 | | 01/06/2023 | $353.49 | | 02/06/2023 | $353.49 | |
| 04/04/2023 | $353.49 | | 04/17/2023 | $353.49 | | 04/25/2023 | $353.49 | |
| 05/02/2023 | $353.49 | | 05/31/2023 | $353.49 | | 07/05/2023 | $353.49 | |

**Total Receipts for the Period: $4,241.88    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,131.01**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $2,830.00 | $2,830.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»»  001 | Unsecured Creditors | $1,368.63 | $0.00 | $1,368.63 |
| 2 | MOMA FUNDING LLC<br>»»  002 | Unsecured Creditors | $1,849.29 | $0.00 | $1,849.29 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»»  003 | Unsecured Creditors | $918.99 | $0.00 | $918.99 |
| 4 | US DEPARTMENT OF EDUCATION<br>»»  004 | Unsecured Creditors | $73,631.36 | $0.00 | $73,631.36 |
| 5 | AFS ACCEPTANCE, LLC<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO DEALER SERVICES<br>»»  006 | Unsecured Creditors | $5,174.48 | $0.00 | $5,174.48 |
| 7 | POLICE & FIRE FCU<br>»»  007 | Unsecured Creditors | $11,425.01 | $0.00 | $11,425.01 |
| 8 | CAPITAL ONE NA<br>»»  008 | Unsecured Creditors | $596.10 | $0.00 | $596.10 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  009 | Unsecured Creditors | $1,248.02 | $0.00 | $1,248.02 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  010 | Unsecured Creditors | $1,813.19 | $0.00 | $1,813.19 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»»  011 | Unsecured Creditors | $540.88 | $0.00 | $540.88 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»»  012 | Unsecured Creditors | $436.89 | $0.00 | $436.89 |
| 13 | CITIBANK NA<br>»»  013 | Unsecured Creditors | $4,031.86 | $0.00 | $4,031.86 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  014 | Unsecured Creditors | $1,954.20 | $0.00 | $1,954.20 |

**Chapter 13 Case No. 19-13586-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CENLAR FSB<br>»» 015 | Mortgage Arrears | $25,504.48 | $14,665.90 | $10,838.58 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $2,211.80 | $0.00 | $2,211.80 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $4,389.79 | $0.00 | $4,389.79 |
| 18 | SYNCHRONY BANK<br>»» 018 | Unsecured Creditors | $1,147.93 | $0.00 | $1,147.93 |
| 19 | SYNCHRONY BANK<br>»» 019 | Unsecured Creditors | $2,400.30 | $0.00 | $2,400.30 |
| 0 | SHAWN J LAU ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,131.01 | Current Monthly Payment: | $353.49 |
| Paid to Claims: | $18,995.90 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,813.43 | Total Plan Base: | $33,149.67 |
| Funds on Hand: | $321.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.