UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Reading)

| | | | |
|---|---|---|---|
| IN RE: | WALLACE A MORAN 3 | CASE NO: | 19-13586 |
| | | CHAPTER: | 13 |
| | Debtor (s) | | |

FILED
APR - 2 2025
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

**NOTICE OF CLAIM SATISFACTION**

As to Claim 6 filed on 07/16/2019, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

04/01/2025

/s/Anthony Vasquez
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

**CERTIFICATE OF SERVICE**

BK-07 (03/03/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Reading)

| | | | |
|---|---|---|---|
| IN RE: | WALLACE A MORAN 3 | CASE NO: | 13 |
| | | CHAPTER: | 19-13586 |

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 04/01/2025, I served a true and correct copy of the above notice of claim satisfaction as follows:

☐ By CM/ECF:
[Name]
[Title]

☐ By mail:
[Name]
[Address]

☒ By FedEx:
United States Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

SHAWN J. LAU
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

04/01/2025        /s/Anthony Vasquez
                  Bankruptcy Processor
                  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (03/03/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.