BL9956417

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

IN RE: WALLACE A MORAN III           Chapter: 13
       JENNIFER A MORAN            Bankruptcy No: 19-13586

## **WITHDRAWAL OF CLAIM**

Capital One, N.A., by and through its counsel, withdraws its Proof of Claim Number 8 filed on July 23rd, 2019, for account number 3613 and in the amount of $596.10.

Respectfully submitted,

By: /s/ Larry Butler

Larry Butler, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE: 8/8/2025