Certificate Number: 17572-PAE-DE-041233534

Bankruptcy Case Number: 19-13586



17572-PAE-DE-041233534

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2026, at 6:01 o'clock PM PDT, Jennifer A Moran completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 21, 2026                          By:      /s/Benjamin E Wunsch

Name:   Benjamin E Wunsch

Title:   Counselor