**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **WALLACE A. MORAN, III** |
| Debtor 2 (Spouse, if filing) | **JENNIFER A. MORAN** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **19-13586-PMM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   SERVICEMAC LLC AS SERVICER FOR

**Court claim no.**  (if known):
15-1

**Last 4 digits** of any number you use to identify the debtor's account:   2   3   5   1

**Property Address:**   707 BEAR BLVD
Number        Street

READING                                        PA      19606
City                                               State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 25,504.48 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 25,504.48 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 25,504.48 |

**Part 4:**  **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:        $ _____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**  **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $ _____ -0-

**Part 6:**  **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice , the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Scott F. Waterman _____        Date   07/23/2026
      Signature

Trustee    Scott F. Waterman _____
      First Name          Middle Name          Last Name

Address    2901 St. Lawrence Avenue, Suite 100 _____
      Number          Street

      Reading _____          PA      19606 ____
      City                                State      ZIP Code

Contact phone   (610) 779-1313 _____        Email  info@ReadingCh13.com _____

| Debtor 1 | **WALLACE A. MORAN, III** | | Case Number **19-13586-PMM** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 05/22/2020 | 17201642 | Disbursement To Creditor/Principal | 1,869.36 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 06/19/2020 | 17203074 | Disbursement To Creditor/Principal | 474.30 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 07/17/2020 | 17204403 | Disbursement To Creditor/Principal | 474.30 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 08/21/2020 | 17205754 | Disbursement To Creditor/Principal | 474.30 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 10/23/2020 | 17208679 | Disbursement To Creditor/Principal | 542.19 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 01/22/2021 | 17212342 | Disbursement To Creditor/Principal | 2,456.94 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 03/19/2021 | 17214921 | Disbursement To Creditor/Principal | 495.92 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 04/23/2021 | 17216036 | Disbursement To Creditor/Principal | 495.92 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 05/25/2021 | 17217189 | Disbursement To Creditor/Principal | 479.93 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 06/25/2021 | 17218255 | Disbursement To Creditor/Principal | 479.93 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 08/20/2021 | 17220376 | Disbursement To Creditor/Principal | 959.86 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 09/24/2021 | 17221364 | Disbursement To Creditor/Principal | 479.93 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 05/17/2022 | 17229172 | Disbursement To Creditor/Principal | 451.26 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 06/27/2022 | 17230026 | Disbursement To Creditor/Principal | 325.21 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 07/22/2022 | 17231033 | Disbursement To Creditor/Principal | 325.21 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 08/19/2022 | 17231978 | Disbursement To Creditor/Principal | 325.21 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 09/23/2022 | 17232931 | Disbursement To Creditor/Principal | 325.21 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 10/21/2022 | 17233909 | Disbursement To Creditor/Principal | 325.21 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 12/16/2022 | 17235799 | Disbursement To Creditor/Principal | 325.21 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 01/20/2023 | 17236750 | Disbursement To Creditor/Principal | 325.21 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 02/17/2023 | 17237686 | Disbursement To Creditor/Principal | 325.21 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 04/21/2023 | 17239489 | Disbursement To Creditor/Principal | 643.36 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 05/19/2023 | 17240396 | Disbursement To Creditor/Principal | 643.36 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 06/16/2023 | 17241250 | Disbursement To Creditor/Principal | 321.68 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 07/21/2023 | 17242075 | Disbursement To Creditor/Principal | 321.68 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 08/18/2023 | 17242962 | Disbursement To Creditor/Principal | 321.68 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 10/20/2023 | 17244606 | Disbursement To Creditor/Principal | 636.28 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 11/17/2023 | 17245428 | Disbursement To Creditor/Principal | 318.14 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 12/15/2023 | 17246200 | Disbursement To Creditor/Principal | 318.14 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 02/16/2024 | 17247842 | Disbursement To Creditor/Principal | 636.28 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 04/19/2024 | 17249478 | Disbursement To Creditor/Principal | 636.28 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 05/24/2024 | 17250317 | Disbursement To Creditor/Principal | 318.14 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 06/21/2024 | 17251132 | Disbursement To Creditor/Principal | 318.14 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 08/16/2024 | 17252694 | Disbursement To Creditor/Principal | 318.14 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 11/15/2024 | 17254966 | Disbursement To Creditor/Principal | 1,299.43 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 02/21/2025 | 17257239 | Disbursement To Creditor/Principal | 952.31 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 03/21/2025 | 17258088 | Disbursement To Creditor/Principal | 328.04 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 04/17/2025 | 17258888 | Disbursement To Creditor/Principal | 340.65 |
| 15-1 | CENLAR FSB | Pre-Petition Arrears | 05/22/2025 | 17259654 | Disbursement To Creditor/Principal | 340.65 |
| 15-1 | SERVICEMAC LLC AS SERVIC | Pre-Petition Arrears | 07/18/2025 | 17261693 | Disbursement To Creditor/Principal | 334.05 |
| 15-1 | SERVICEMAC LLC AS SERVIC | Pre-Petition Arrears | 08/22/2025 | 17262563 | Disbursement To Creditor/Principal | 334.05 |
| 15-1 | SERVICEMAC LLC AS SERVIC | Pre-Petition Arrears | 11/21/2025 | 17265088 | Disbursement To Creditor/Principal | 326.27 |
| 15-1 | SERVICEMAC LLC AS SERVIC | Pre-Petition Arrears | 12/17/2025 | 17265828 | Disbursement To Creditor/Principal | 1,285.73 |
| 15-1 | SERVICEMAC LLC AS SERVIC | Pre-Petition Arrears | 01/16/2026 | 17266626 | Disbursement To Creditor/Principal | 326.27 |
| 15-1 | SERVICEMAC LLC AS SERVIC | Pre-Petition Arrears | 02/20/2026 | 17267485 | Disbursement To Creditor/Principal | 326.27 |
| 15-1 | SERVICEMAC LLC AS SERVIC | Pre-Petition Arrears | 04/17/2026 | 17269190 | Disbursement To Creditor/Principal | 326.27 |
| 15-1 | SERVICEMAC LLC AS SERVIC | Pre-Petition Arrears | 05/15/2026 | 17270017 | Disbursement To Creditor/Principal | 326.27 |
| 15-1 | SERVICEMAC LLC AS SERVIC | Pre-Petition Arrears | 07/17/2026 | 3000640 | Disbursement To Creditor/Principal | 171.10 |

Total for Claim Number 15-1: 25,504.48

| Debtor 1 | **WALLACE A. MORAN, III** | Case Number **19-13586-PMM** | Page 2 |
| | Name | | |

## History Of Payments

| | |
|---|---|
| **Total for Part 3 - b (Prepetition Arrears):** | **25,504.48** |