United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Wallace A. Moran, III

Jennifer A. Moran

    Debtors

Case No. 19-13586-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: 138OBJ | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Wallace A. Moran, III, Jennifer A. Moran, 707 Bear Blvd, Reading, PA 19606-1103 |
| 14336150 | | Berks County Court of Common Pleas, 633 Court St, Reading, PA 19601-4302 |
| 14336155 | | CMG Mortgage, Inc., 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 14499136 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 14336165 | | Reading Hospital Tower Health, 420 S 5th Ave, West Reading, PA 19611-2143 |
| 15029257 | + | SERVICEMAC, LLC as Servicer, PO Box 100077, Duluth, GA 30096-9377 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 24 2026 01:47:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 24 2026 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14336148 | + | Email/Text: bk@afsacceptance.com | Jul 24 2026 01:47:00 | AFS Acceptance, 101 NE 3rd Ave Fl 20, Fort Lauderdale, FL 33301-1610 |
| 14355492 | + | Email/Text: bk@afsacceptance.com | Jul 24 2026 01:47:00 | AFS Acceptance, LLC, 1475 W Cypress Creek Rd #300, Fort Lauderdale, FL 33309-1931 |
| 14336147 | | Email/Text: bankruptcy@rentacenter.com | Jul 24 2026 01:47:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14684097 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 24 2026 01:47:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 14336149 | | Email/Text: rperez@arcadiarecovery.com | Jul 24 2026 01:47:00 | Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3543 |
| 14336151 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2026 01:59:18 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5015 |
| 14371784 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 24 2026 01:47:00 | CMG Mortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14351686 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 24 2026 01:59:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14336152 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2026 01:59:17 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14361564 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 01:59:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14336153 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2026 01:59:17 | Capital One/Boscovs, PO Box 5253, Carol Stream, |

District/off: 0313-4 | User: admin | Page 2 of 4
Date Rcvd: Jul 23, 2026 | Form ID: 138OBJ | Total Noticed: 48

| | | | |
|---|---|---|---|
| | | | IL 60197-5253 |
| 14336154 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jul 24 2026 01:59:26 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14337530 | + | Email/Text: bankruptcy@cavps.com | |
| | | Jul 24 2026 01:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14371392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 24 2026 02:21:03 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14336156 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jul 24 2026 01:47:00 | Comenity Bank/ Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14336157 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jul 24 2026 01:47:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 14336158 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jul 24 2026 01:47:00 | Comenity Capital Bank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 14336160 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jul 24 2026 01:47:00 | Comenity Zales Outlet, PO Box 659450, San Antonio, TX 78265-9450 |
| 14336159 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jul 24 2026 01:47:00 | Comenity Zales Outlet, PO Box 659819, San Antonio, TX 78265-9119 |
| 14336161 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jul 24 2026 01:47:00 | ComenityCapitalBank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 14336162 | ^ | MEBN | |
| | | Jul 24 2026 01:44:05 | KML Law Group, P.C., BNY Mellon Indepence Center, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14336163 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jul 24 2026 01:59:28 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14364712 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 24 2026 01:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14371697 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 24 2026 01:59:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14336164 | + | Email/Text: bankruptcy1@pffcu.org | |
| | | Jul 24 2026 01:47:00 | Police and Fire Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14359123 | + | Email/Text: bankruptcy1@pffcu.org | |
| | | Jul 24 2026 01:47:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14339975 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 24 2026 01:47:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14367977 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 24 2026 01:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14336166 | + | Email/Text: joey@rmscollect.com | |
| | | Jul 24 2026 01:47:00 | Receivables Management Systems, 7206 Hull St Ste 211, Richmond, VA 23235-5826 |
| 14336168 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 24 2026 01:59:05 | SYNCB/Lowes, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 14336169 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 24 2026 01:59:04 | SYNCB/WalMart, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 14336167 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 24 2026 01:59:18 | Sears/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14372125 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 24 2026 01:59:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14336870 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 24 2026 01:59:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0313-4 | User: admin | Page 3 of 4
Date Rcvd: Jul 23, 2026 | Form ID: 138OBJ | Total Noticed: 48

| 14336170 | Email/Text: bncmail@w-legal.com | | |
| | | Jul 24 2026 01:47:00 | TD Bank USA/ Target Credi, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14336171 | Email/Text: bncmail@w-legal.com | | |
| | | Jul 24 2026 01:47:00 | TD Bank USA/ TargetCredit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14354852 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jul 24 2026 01:47:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14336172 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jul 24 2026 01:47:00 | US Dept of Education, PO Box 7860, Madison, WI 53707-7860 |
| 14336173 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 24 2026 01:46:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14358034 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Jul 24 2026 01:59:27 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KEVIN G. MCDONALD | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Amerihome Mortgage Company  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| SHAWN J. LAU | on behalf of Debtor Wallace A. Moran  III shawn_lau@msn.com, g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |

District/off: 0313-4                              User: admin                                    Page 4 of 4
Date Rcvd: Jul 23, 2026                          Form ID: 138OBJ                                Total Noticed: 48

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)–doc 109 – 100

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
    Wallace A. Moran III                          )        Case No. 19–13586–pmm
                                                         )
                                                         )
    Jennifer A. Moran                             )        Chapter: 13
                                                         )
    Debtor(s).                                       )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 23, 2026                                       For The Court

                                                         Mohung Wong
                                                         Clerk of Court