United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-13586-pmm
Wallace A. Moran, III Chapter 13
Jennifer A. Moran
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin 
Date Rcvd: Aug 12, 2026 Form ID: 3180W Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Wallace A. Moran, III, Jennifer A. Moran, 707 Bear Blvd, Reading, PA 19606-1103 |
| 14336150 | | Berks County Court of Common Pleas, 633 Court St, Reading, PA 19601-4302 |
| 14336155 | | CMG Mortgage, Inc., 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 14499136 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 14336165 | | Reading Hospital Tower Health, 420 S 5th Ave, West Reading, PA 19611-2143 |
| 15029257 | + | SERVICEMAC, LLC as Servicer, PO Box 100077, Duluth, GA 30096-9377 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 13 2026 02:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 13 2026 02:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | EDI: WFAUTO | Aug 13 2026 06:03:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14336148 | + | Email/Text: bk@afsacceptance.com | Aug 13 2026 02:10:00 | AFS Acceptance, 101 NE 3rd Ave Fl 20, Fort Lauderdale, FL 33301-1610 |
| 14355492 | + | Email/Text: bk@afsacceptance.com | Aug 13 2026 02:10:00 | AFS Acceptance, LLC, 1475 W Cypress Creek Rd #300, Fort Lauderdale, FL 33309-1931 |
| 14336147 | | Email/Text: bankruptcy@rentacenter.com | Aug 13 2026 02:11:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14684097 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Aug 13 2026 02:10:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 14336149 | | Email/Text: rperez@arcadiarecovery.com | Aug 13 2026 02:10:00 | Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3543 |
| 14336151 | | EDI: CAPITALONE.COM | Aug 13 2026 06:03:00 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5015 |
| 14371784 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Aug 13 2026 02:10:00 | CMG Mortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14351686 | + | EDI: AIS.COM | Aug 13 2026 06:03:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14336152 | | EDI: CAPITALONE.COM | Aug 13 2026 06:03:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14361564 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2026 02:13:35 | Capital One, N.A., c/o Becket and Lee LLP, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 14336153 | | EDI: CAPITALONE.COM | Aug 13 2026 06:03:00 | Capital One/Boscovs, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14336154 | | EDI: CAPITALONE.COM | Aug 13 2026 06:03:00 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14337530 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2026 02:10:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14371392 | + | EDI: CITICORP | Aug 13 2026 06:03:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14336156 | | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | Comenity Bank/ Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14336157 | | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 14336158 | | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | Comenity Capital Bank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 14336160 | | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | Comenity Zales Outlet, PO Box 659450, San Antonio, TX 78265-9450 |
| 14336159 | | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | Comenity Zales Outlet, PO Box 659819, San Antonio, TX 78265-9119 |
| 14336161 | | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | ComenityCapitalBank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 14336162 | ^ | MEBN | Aug 13 2026 02:08:58 | KML Law Group, P.C., BNY Mellon Indepence Center, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14336163 | | EDI: CAPITALONE.COM | Aug 13 2026 06:03:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14364712 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2026 02:10:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14371697 | | EDI: PRA.COM | Aug 13 2026 06:03:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14336164 | + | Email/Text: bankruptcy1@pffcu.org | Aug 13 2026 02:10:00 | Police and Fire Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14359123 | + | Email/Text: bankruptcy1@pffcu.org | Aug 13 2026 02:10:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14339975 | | EDI: Q3G.COM | Aug 13 2026 06:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14367977 | | EDI: Q3G.COM | Aug 13 2026 06:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14336166 | + | Email/Text: joey@rmscollect.com | Aug 13 2026 02:11:00 | Receivables Management Systems, 7206 Hull St Ste 211, Richmond, VA 23235-5826 |
| 14336168 | | EDI: SYNC | Aug 13 2026 06:03:00 | SYNCB/Lowes, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 14336169 | | EDI: SYNC | Aug 13 2026 06:03:00 | SYNCB/WalMart, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 14336167 | | EDI: CITICORP | Aug 13 2026 06:03:00 | Sears/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14372125 | + | EDI: PRA.COM | Aug 13 2026 06:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14336870 | + | EDI: PRA.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2026 06:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14336170 | | EDI: WTRRNBANK.COM | Aug 13 2026 06:03:00 | TD Bank USA/ Target Credi, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14336171 | | EDI: WTRRNBANK.COM | Aug 13 2026 06:03:00 | TD Bank USA/ TargetCredit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14354852 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 13 2026 02:10:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14336172 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 13 2026 02:10:00 | US Dept of Education, PO Box 7860, Madison, WI 53707-7860 |
| 14336173 | | EDI: VERIZONCOMB.COM | Aug 13 2026 06:03:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14358034 | + | EDI: WFFC2 | Aug 13 2026 06:03:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Amerihome Mortgage Company LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | |

| | |
|---|---|
| | on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| SHAWN J. LAU | on behalf of Debtor Wallace A. Moran III shawn_lau@msn.com, g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

Debtor 1 Wallace A. Moran III
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–3831
EIN _ _–_ _ _ _ _ _ _

Debtor 2 Jennifer A. Moran
(Spouse, if filing)
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–9208
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Eastern District of Pennsylvania

Case number: 19–13586–pmm

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wallace A. Moran III                Jennifer A. Moran

8/11/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**