Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

WALLACE A. MORAN, III
JENNIFER A. MORAN
707 BEAR BLVD
READING, PA 19606-1103

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 19-13586-PMM**

Petition Filed Date: 06/03/2019
341 Hearing Date: 08/06/2019
Confirmation Date: 04/30/2020

Case Status: Completed on 6/23/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2025 | $353.49 | | 11/07/2025 | $353.49 | | 11/24/2025 | $1,039.50 | |
| 12/10/2025 | $353.49 | | 01/12/2026 | $353.49 | | 02/19/2026 | $353.49 | |
| 03/30/2026 | $353.49 | | 05/11/2026 | $353.49 | | 06/23/2026 | $706.98 | |

**Total Receipts for the Period: $4,220.91 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $33,149.67**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $2,830.00 | $2,830.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,368.63 | $6.02 | $1,362.61 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,849.29 | $8.14 | $1,841.15 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $918.99 | $4.05 | $914.94 |
| 4 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $73,631.36 | $324.13 | $73,307.23 |
| 5 | CREDITO REAL USA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO DEALER SERVICES<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | POLICE & FIRE FCU<br>»» 007 | Unsecured Creditors | $11,425.01 | $50.29 | $11,374.72 |
| 8 | CAPITAL ONE NA<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $1,248.02 | $5.49 | $1,242.53 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $1,813.19 | $7.98 | $1,805.21 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 011 | Unsecured Creditors | $540.88 | $2.38 | $538.50 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $436.89 | $1.92 | $434.97 |

**Chapter 13 Case No. 19-13586-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 013 | Unsecured Creditors | $4,031.86 | $17.75 | $4,014.11 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,954.20 | $8.60 | $1,945.60 |
| 15 | SERVICEMAC LLC AS SERVICER FOR<br>»» 015 | Mortgage Arrears | $25,504.48 | $25,504.48 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $2,211.80 | $9.74 | $2,202.06 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $4,389.79 | $19.32 | $4,370.47 |
| 18 | SYNCHRONY BANK<br>»» 018 | Unsecured Creditors | $1,147.93 | $5.05 | $1,142.88 |
| 19 | SYNCHRONY BANK<br>»» 019 | Unsecured Creditors | $2,400.30 | $10.57 | $2,389.73 |
| 0 | SHAWN J LAU ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 20 | READING HOSPITAL TOWER HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | RECEIVABLES MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | TD BANK USA/TARGET CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,149.67 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $30,315.91 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,833.76 | Total Plan Base: | $33,149.67 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.